IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRANCE L. REED,

       Plaintiff,

v.                                                                                    Civil Action No. **3:23CV839**

UNKNOWN,

       Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on February 14, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $.81 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee.[1] Plaintiff, therefore, is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 26 March 2024
Richmond, Virginia

                                    /s/
                           John A. Gibney, Jr.
                           Senior United States District Judge

---

[1] On March 11, 2024, the Court received some documents from Plaintiff. Nevertheless, those documents do not respond to the directive in the February 14, 2024 Memorandum Order.